No. A–1054 (Nos. 77–452, 77–457, 77–551, and 77–602). Mobil Alaska Pipeline Co. *v.* United States et al.; Exxon Pipeline Co. *v.* United States et al.; BP Pipelines, Inc. *v.* United States et al.; and ARCO Pipe Line Co. *v.* United States et al., 436 U. S. 631. Application for an order directing compliance with conditions of stay received and presented to Mr. Justice Brennan, and by him referred to the Court. It is ordered that the judgment of this Court in the above-entitled cases be issued forthwith.

No. 77–891. Beal, Secretary of Welfare of Pennsylvania, et al. *v.* Franklin et al. D. C. E. D. Pa. [Probable jurisdiction noted, 435 U. S. 913.] Motion for appointment of Alan Ernest, Esquire, as guardian *ad litem* for unborn children denied.

No. 77–1388. Massachusetts *v.* White. Sup. Jud. Ct. Mass. [Certiorari granted, 436 U. S. 925.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 77–6670. Carter *v.* Roberts, U. S. District Judge. Motion for leave to file petition for writ of mandamus denied.

No. 77–1715. Secretary of Public Welfare of Pennsylvania et al. *v.* Institutionalized Juveniles et al. Appeal from D. C. E. D. Pa. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Case set for oral argument with No. 75–1690, *Parham* v. *J. L.* [probable jurisdiction noted, 431 U. S. 936; restored to calendar, 434 U. S. 1031].

No. 77–1547. Douglas Oil Company of California et al. *v.* Petrol Stops Northwest et al. C. A. 9th Cir. Certiorari granted.